No. 645. WILCOX *v.* UNITED STATES.   See *post*, p. 834.

No. 666. STILZ *v.* BETHLEHEM SHIPBUILDING CORP'N. See *post*, p. 834.

No. 696. THOMAS *v.* MAINE CENTRAL R. Co.   See *post*, p. 835.

No. 591. OSAGE INDIANS *v.* UNITED STATES. Submitted February 18, 1929.   Decided February 25, 1929.   *Per Curiam:* The appeal is dismissed for lack of jurisdiction on the authority of the Act of February 13, 1925 (43 Stat. 936). The petition for writ of certiorari is denied.   *Messrs. C. H. Merillat, C. J. Kappler,* and *T. J. Leahy* for appellants. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. George T. Stormont,* for the United States.

No. 572. BURKE *v.* OREGON. Jurisdictional statement submitted February 25, 1929.   Decided March 5, 1929. *Per Curiam:* The appeal is dismissed for want of jurisdiction, for the reason that the federal question presented is frivolous, on the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toup* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Quong Ham Wah* v. *Industrial Comm'n,* 255 U. S. 445, 449.   *Mr. Thomas Mannix* for appellant. *Messrs. Stanley Myers, Leon W. Behrman,* and *George Mowry* for appellee.